# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSHUA ALLEN STRICKLIN                                 PLAINTIFF

v.                      4:16CV00645-SWW-JTK

GLOVER, et al.                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 14th day of October, 2016

                                                   /s/Susan Webber Wright

                                                   UNITED STATES DISTRICT JUDGE